**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

___

## NO. 14-15-00053-CV

___

## IN RE THE ESTATE OF EDWIN DENNIS COOK, DECEASED, Relator

___

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 406,325-401**

___

## MEMORANDUM OPINION

On January 15, 2015, relator The Estate of Edwin Dennis Cook, Deceased filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Christine Butts, presiding judge of Probate Court No. 4 of Harris County, to set aside the following orders: (1) the December 12, 2014 order denying relator's motion for discovery abuse; (2) the

December 11, 2014 order of instruction regarding electronic discovery; and (3) the December 11, 2014 order granting, in part, real party in interest's motion to compel discovery responses.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.